# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GLEN LITTLETON,<br><br>        Plaintiff,<br><br>v.<br><br>MORNINGSTAR, INC.,<br><br>        Defendant. | MBD No.<br><br>**PLAINTIFF'S MOTION TO COMPEL AND ENFORCE SUBPOENA** |

Plaintiff Glen Littleton respectfully moves this Court to compel compliance with a subpoena. Specifically, pursuant to Fed. R. Civ. P. Rule 37(a)(3)(B)(iv), Plaintiff moves this Court to enter an order compelling nonparty subpoena recipient Morningstar, Inc. to produce documents called for in Plaintiff's subpoena duces tecum.

Dated: February 12, 2021        LUBIN AUSTERMUEHLE, P.C.

                                        /s/ Peter S. Lubin

                                    Peter S. Lubin
                                    Patrick D. Austermuehle
                                    360 West Butterfield Rd, Suite 325
                                    Elmhurst, IL 60126
                                    (630) 333-0333
                                    peter@l-a.law
                                    patrick@l-a.law

                                    Nicholas I. Porritt
                                    Adam M. Apton
                                    LEVI & KORSINSKY, LLP
                                    55 Broadway, 10th Floor
                                    New York, New York 10006
                                    Tel.: (212) 363-7500
                                    nporritt@zlk.com
                                    aapton@zlk.com

                                    *Attorneys for Plaintiff Glen Littleton*