# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GLEN LITTLETON, | 21-cv-00804 |
| Plaintiff, | Honorable Gary Feinerman |
| v. | |
| MORNINGSTAR, INC., | **DECLARATION OF ADAM APTON IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL AND ENFORCE SUBPOENA** |
| Defendant. | |

I, Adam Apton, declare:

1. I have personal knowledge of the facts set forth in this declaration.

2. I am an attorney at law licensed to practice in the States of California, New York, New Jersey, and the District of Columbia. I am a partner with the law firm of Levi & Korsinsky, LLP.

3. I represent plaintiff Glen Littleton in the above-captioned litigation and in the action pending before the United States District Court for the Northern District of California, styled *In re Tesla, Inc. Securities Litigation*, No. 3:18-cv-04865-EMC (N.D. Cal.) (the "Securities Action").

4. Attached as Exhibit A is a true and correct copy of the operative complaint filed in the Securities Action.

5. Attached as Exhibit B is a true and correct copy of the subpoena duces tecum served on Morningstar, Inc.

6. Attached as Exhibit C is a true and correct copy of the final objection and refusal to comply with the subpoena received from Morningstar, Inc.

7. Attached as Exhibit D is a true and correct copy of the protective order governing discovery entered by the court in the Securities Action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of February 2021.

                                                               /s/ Adam Apton
                                                              Adam Apton